# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-0083-GPC |
| Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL** |
| v. | |
| ANTONIO ERNESTO TORREROS ZELIO, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed without prejudice as to defendant Antonio Ernesto Torreros Zelio.

**IT IS SO ORDERED.**

Dated: April 23, 2021

Hon. Gonzalo P. Curiel
United States District Judge